It is ordered by the court that the motion is denied.

MOYER, C.J., and O'CONNOR, J., dissent and would grant the motion.

CUPP, J., not participating.

# CASE ANNOUNCEMENTS

*September 15, 2008*

[Cite as *09/15/2008 Case Announcements #2,* 2008-Ohio-4656.]

## MOTION AND PROCEDURAL RULINGS

**2007–1304. Marlington Local School Dist. v. Doe.**
Stark App. No. 2006CA00102, 2007-Ohio-2815. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. The court is scheduled to hear oral argument in this appeal on September 17, 2008. Upon consideration thereof,

It is ordered by the court, sua sponte, that oral argument in this case shall be limited to Proposition of Law No. I as presented in appellants' merit brief.

# CASE ANNOUNCEMENTS

*September 16, 2008*

[Cite as *09/16/2008 Case Announcements,* 2008-Ohio-4661.]

## MISCELLANEOUS DISMISSALS

**2008–1749. State ex rel. Newman v. Nunner.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for a writ of mandamus and procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1782. HK New Plan Exchange Property Owner II, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–B–1410.

# CASE ANNOUNCEMENTS

*September 16, 2008*

[Cite as *09/16/2008 Case Announcements #2,* 2008-Ohio-4681.]

## MOTION AND PROCEDURAL RULINGS

**2008–1804. State ex rel. Upper Arlington v. Franklin Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration of the motion of Michael A. Schadek for